[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-13857
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cv-23451-CMA

LA LEY RECOVERY SYSTEMS-OB, INC.,

Plaintiff-Appellant,

versus

UNITEDHEALTHCARE INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 12, 2016)

Before ED CARNES, Chief Judge, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

UnitedHealthcare Insurance paid Dr. Olivio Blanco, Jr. less than what he
requested in compensation for medical services he provided to a participant in an

employee health benefit plan administered by UnitedHealthcare.  La Ley Recovery Systems-OB purchased Dr. Blanco's claim and sued UnitedHealthcare. Construing the action as one under the Employee Retirement Income Security Act of 1974, the district court granted summary judgment to UnitedHealthcare on the ground that Dr. Blanco and La Ley had failed to exhaust the administrative remedies available under the plan.  La Ley appeals that judgment.

After reviewing the record and the parties' briefs, we affirm the district court's grant of summary judgment to UnitedHealthcare for the reasons given in the district court's thorough opinion of June 28, 2015.

**AFFIRMED.**